JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE ALTERNATIVE LOAN TRUST 2007-OA10,<br><br>    Plaintiff,<br><br>    v.<br><br>JEFFREY POPE; and DOES 1 to 6, inclusive,<br><br>    Defendant(s). | Case No. CV 15-616 BRO (MRWx)<br><br>**ORDER REMANDING ACTION** |
|---|---|

For the reasons set forth in the Order denying leave to file this action without prepayment of filing fees, this action is hereby REMANDED to the state superior court for further proceedings.

1  IT IS SO ORDERED.

3  Dated: February 2, 2015



HON. BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE